KEVIN V. RYAN (CABN 118321)
United States Attorney

MARK L. KROTOSKI (CABN138549)
Chief, Criminal Division

DANA R. WAGNER (CABN 209099)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7071
Facsimile: (415) 436-7234

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR 06-00710 WHA |
| | ) | |
| v. | ) | PETITION FOR AND WRIT OF HABEAS |
| | ) | CORPUS AD PROSEQUENDUM |
| | ) | |
| LUIS ALBERTO GONZALEZ, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

TO:    The Honorable EDWARD M. CHEN, Magistrate Judge of the United States District Court for the Northern District of California:

    The petition of Dana R. Wagner, Assistant United States Attorney for the Northern District of California, respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner Luis Alberto Gonzalez, whose place of custody and jailor are set forth in the requested Writ, attached hereto, and your petitioner avers that the

//
//
//
//

1   prisoner is required to appear in the above-entitled matter in this Court, and therefore petitioner

2   prays that this Court issue the Writ as presented.

3

4   DATED: November 27, 2006                    Respectfully submitted,

5                                               KEVIN V. RYAN
                                                United States Attorney
6

7                                                         /s/

8                                               _____
                                                DANA R. WAGNER
9                                               Assistant United States Attorney

10

11  **IT IS SO ORDERED:**

12

13  DATED:          December 4,    , 2006

14                                               _____
                                                 Un    ____    D M. CHEN
                                                 th           Judge
15                                               Judge William Alsup

16

17

18

19

20

21

22

23

24

25

26

27

28

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

TO:     **FREDERICO ROCHA,** United States Marshal, Northern District of California, any of his authorized deputies, and the Warden of the Martinez Detention Facility in Martinez, California:

<u>GREETINGS</u>

WE COMMAND that on December 5, 2006, at 2:00 p.m., you have and produce the body of LUIS ALBERTO GONZALEZ, who is currently in your custody in the above-mentioned institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Honorable William H. Alsup, 19th Floor, Courtroom #9, 450 Golden Gate Avenue, San Francisco, California, so that Luis Gonzalez may then and there appear for prosecution upon the charges filed against him in the above-captioned case, and that immediately after said hearing to return him forthwith to the above-mentioned institution, or to abide by such order of the above-mentioned institution, or to abide by such order of the above-entitled Court concerning the custody of Luis Gonzalez, and further to produce Luis Gonzalez at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED THAT should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal or his authorized deputies under this Writ.

WITNESS the Honorable ~~James Larson, Chief Magistrate~~ William Alsup, District Judge of the United States District Court for the Northern District of California.


DATED:        December 4 , 2006              CLERK, UNITED STATES DISTRICT COURT
                                             NORTHERN DISTRICT OF CALIFORNIA


                                             By   Dawn Toland_____  _____
                                                  DEPUTY CLERK