### PROPOSED ORDER/COVER SHEET

**TO:**    **Honorable Edward M. Chen**      **RE:**    Gonzalez, Luis Alberto
             **U.S. Magistrate Judge**

**FROM:**    **Claudette M. Silvera, Chief**        E-Filing
             **U.S. Pretrial Services Officer**

                                        **DOCKET NO.:**   CR06-0710  WHA

**DATE:**    **May 11, 2007**

#### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**Taifa Gaskins**                            **510-637-3756**
**U.S. PRETRIAL SERVICES OFFICER**           **TELEPHONE NUMBER**

**RE:**    **MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

      I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

      Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No.
        C      on   5/23/07     at   9:30 AM  .

      Inform all parties concerned that a Bail Review Hearing will be conducted by:
      Magistrate Judge_____ _____ Presiding  District Court Judge_____ _____ _____

      I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

      Modification(s)

      Bail Revoked/Bench Warrant Issued.

      I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

      Other Instructions:

_____

**JUDICIAL OFFICER**                       5/15/07          **DATE**

**Cover Sheet** (12/03/02)