**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUIS ALBERTO GONZALEZ,

    Defendant.
                                    /

No. CR 06-0710 WHA

**REQUEST AND NOTICE FOR BRIEFING RE SENTENCING**

      For sentencing of Mr. Gonzalez, both sides should consider and address the following issues in the sentencing memoranda (in addition to any other issues they wish to raise):

      1.    Although defendant was acquitted on the use-of-fire count, may the Court nonetheless upward depart or increase the sentence indicated by the guidelines based on the Gonzalez confession to the FBI that he personally burned the vehicle?  Should it do so?  What is the standard of proof required to establish "acquitted conduct" for sentencing purposes?

      2.    Does *Apprendi* matter in this analysis?

      3.    If the confession is deemed to have been false as to the fire, as argued by the defense, was it in violation of 18 U.S.C. 1001 and/or a willful obstruction of an investigation under Guideline § 3C1.1?  If so, what are the sentencing implications?

All counsel are requested to be thorough, complete, candid and timely in their briefing.

The foregoing is without prejudice to any relief that may be possible on a post-trial motion.

**IT IS SO ORDERED.**

Dated: October 11, 2007.

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE