BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                        )<br>                         Plaintiff,      )<br>                                                        )<br>             v.                                        )<br>                                                        )<br>LUIS ALBERTO GONZALEZ,       )<br>                                                        )<br>                         Defendant.   )<br>_____ ) | No. CR 06-0710 WHA<br><br>PETITION FOR AND [PROPOSED]<br>WRIT OF HABEAS CORPUS |

TO:  The Honorable William H. Alsup, United States District Judge

   Comes now petitioner, Luis Alberto Gonzalez, by and through his attorney, Assistant Federal Public Defender Daniel P. Blank, respectfully to request that this Court issue a Writ of Habeas Corpus for the person of Luis Alberto Gonzalez, whose jailor is set forth in the requested Writ attached hereto.  Your petitioner avers that the presence of Luis Alberto Gonzalez will be necessary before the United States District Court in the Northern District of California, on Tuesday, March 9, 2010, at 2:00 p.m., and thereafter as required, for resentencing following his successful appeal to the Ninth Circuit Court of Appeals.  *See United States v. Gonzalez,* 2009 WL 2015107 (9th Cir. June 30, 2009) (reversing sentence due to erroneous application of two guideline enhancements and remanding for resentencing), *cert. den.* 2010 WL 58752 (Jan. 11, 2010).

//

PET. WRIT HABEAS CORPUS                 - 1 -

1  Wherefore, petitioner prays that this Honorable Court forthwith order that the attached Writ of
2  Habeas Corpus issue as presented.
3  Dated: January 25, 2010

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/s/

DANIEL P. BLANK
Assistant Federal Public Defender

10  IT IS SO ORDERED.

13  Dated:  January 25, 2010.
    _____
    WILLIAM H. ALSUP
    United States District Judge

*IT IS SO ORDERED* — Judge William Alsup (signature/seal)

PET. WRIT HABEAS CORPUS          - 2 -

1  IN RE: <u>UNITED STATES OF AMERICA v. LUIS ALBERTO GONZALEZ</u>, CR 06-0710 WHA

2  TO: DIRECTOR, SAFFORD FCI and THE UNITED STATES MARSHAL, NORTHERN
3  DISTRICT OF CALIFORNIA, or ANY OF HIS DEPUTIES:

4          <u>GREETINGS</u>

5      WE COMMAND that you have and then produce the body of LUIS ALBERTO GONZALEZ
6  (D.O.B. 4-18-1980, Reg. Number 98103-111) who is now in the custody of the Safford FCI, Safford,
7  Arizona, before the United States District Court, Northern District of California, 19th floor,
8  Courtroom #9, 450 Golden Gate Avenue, San Francisco, California, on March 9, 2010, at 2:00 p.m.,
9  and thereafter abide by such order of the above-entitled Court as shall thereafter be made concerning
10  the custody of said prisoner, and further to produce said prisoner at all times necessary until the
11  termination of the proceeding for which his presence is required.
12      WITNESS the Honorable William H. Alsup, Judge of the United States District Court for the
13  Northern District of California.

14

15  Dated: _____         RICHARD W. WIEKING
                                               Clerk, U.S. District Court
16

17                                                By:_____
                                                    Deputy Clerk
18

19

20

21

22

23

24

25

26

PET. WRIT HABEAS CORPUS         - 3 -