1
2
3
4
5
6
7                        IN THE UNITED STATES DISTRICT COURT
8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  UNITED STATES OF AMERICA,             )
                                          )
10                Plaintiff,              )   No. CR 06-0710 WHA
                                          )
11  v.                                    )   [PROPOSED] ORDER RE:
                                          )   RESENTENCING
12  LUIS ALBERTO GONZALEZ,                )
                                          )
13                Defendant.              )
                                          )
14
15
16
17
18
19
20
21
22
23
24
25
26

1      For the reasons stated in open court, the following schedule is adopted for resentencing in
2 the above-captioned case in conformity with the applicable local rules:
3      April 9, 2010, submission to the U.S. Probation Officer of any supplemental materials or
4 information that the parties wish the Court to consider at sentencing;
5      April 20, 2010, draft Presentence Report distributed to the parties;
6      April 30, 2010, objections by the parties to the draft Presentence Report;
7      May 11, 2010, final Presentence Report distributed to the parties;
8      May 18, 2010, sentencing memoranda from the parties filed with the Court;
9      May 21, 2010, reply sentencing memoranda from the parties filed with the Court;
10     May 25, 2010, sentencing hearing at 2:00 p.m.
11     IT IS SO ORDERED.

DATED: March 10, 2010.

_____
WILLIAM H. ALSUP
United States District Judge

IT IS SO ORDERED
Judge William Alsup