JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
ROBERT DAVID REES (CABN 229441)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7210
Facsimile: (415) 436-6753
E-mail: robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LUIS ALBERTO GONZALEZ, ) <br> ) <br> Defendant. ) <br> ) | No. CR 06 0710 WHA <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING RESENTENCING TO JUNE 8, 2010** |

The parties hereby stipulate and agree to continue the resentencing of the above-captioned defendant. Currently, resentencing is scheduled for May 25, 2010. The parties hereby stipulate and agree that the resentencing will instead go forward two weeks later, on June 8, 2010. The current briefing schedule shall remain in effect, with sentencing memoranda due May 18, 2010 and replies, if any, due May 21, 2010.

Good cause for the requested continuance is that both attorneys for the government will be out of town on the current resentencing date. The Probation office has been

//

//

//

STIPULATION AND ~~PROPOSED~~ ORDER, CR 06-710 WHA

1 | advised of this filing and has no objection to the requested continuance.

2

3 | IT IS HEREBY STIPULATED.

4

5 | DATED: May 12, 2010                    JOSEPH P. RUSSONIELLO
                                            United States Attorney
6

7                                                    /s/
                                            WILLIAM FRENTZEN
8                                           ROBERT DAVID REES
                                            Assistant United States Attorney
9

10

11 | DATED: May 12, 2010                            /s/
                                            DANIEL BLANK, ESQ.
12                                          Attorney for Luis Alberto Gonzalez

13

14 | IT IS HEREBY ORDERED.

15

16 | DATED:  May 14, 2010.

17                                          HON. WILLIAM H. ALSUP
                                            United States District Judge

*IT IS SO ORDERED* — Judge William Alsup

STIPULATION AND ~~PROPOSED~~ ORDER, CR 06-710 WHA