1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WILLIAM FRENTZEN (LABN 24421)
   ROBERT DAVID REES (CABN 229441)
5  Assistant United States Attorney

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-7210
      Facsimile: (415) 436-6753
8     E-mail:  robert.rees@usdoj.gov

9  Attorneys for Plaintiff

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,        )   No. CR 06 0710 WHA
                                    )
14       Plaintiff,                 )   AMENDED
                                    )   STIPULATION AND [PROPOSED]
15       v.                         )   ORDER CONTINUING
                                    )   RESENTENCING TO JUNE 8, 2010
16 LUIS ALBERTO GONZALEZ,           )
                                    )
17       Defendant.                 )
                                    )
18

19      The parties hereby stipulate and agree to continue the resentencing of the above-

20 captioned defendant.  Currently, resentencing is scheduled for May 25, 2010.  The parties

21 hereby stipulate and agree that the resentencing will instead go forward two weeks later,

22 on June ~~8,~~ 17  2:00 pm  2010.  The current briefing schedule shall remain in effect, with sentencing

23 memoranda due May 18, 2010 and replies, if any, due May 21, 2010.

24      Good cause for the requested continuance is that both attorneys for the government

25 will be out of town on the current resentencing date.  The Probation office has been

26 //

27 //

28 //

STIPULATION AND PROPOSED ORDER, CR 06-710 WHA

1 | advised of this filing and has no objection to the requested continuance.

3 | IT IS HEREBY STIPULATED.

5 | DATED: May 12, 2010                    JOSEPH P. RUSSONIELLO
                                           United States Attorney

7 |                                        _____/s/_____
                                           WILLIAM FRENTZEN
8 |                                        ROBERT DAVID REES
                                           Assistant United States Attorney

11 | DATED: May 12, 2010                   _____/s/_____
                                           DANIEL BLANK, ESQ.
12 |                                       Attorney for Luis Alberto Gonzalez

14 | IT IS HEREBY ORDERED.

16 | DATED: May 14, 2010                   _____
                                           HON. WILLIAM H. ALSUP
17 |                                       United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA / Signature: Judge William Alsup]*

STIPULATION AND PROPOSED ORDER, CR 06-710 WHA